UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT SOOHOO, et al.,<br><br>        Defendant(s). | No. C08-5456 BZ<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff failed to appear at the March 16, 2009 case management conference and did not seek to have his presence excused. Plaintiff also failed to file a case management conference statement and does not appear to have served defendant with his complaint.

Therefore, good cause appearing, plaintiff is hereby **ORDERED** to show cause in writing by **Monday, April 13, 2009**, why this case should not be dismissed for lack of prosecution and failing to obey Court orders. At the very least, plaintiff should explain why he has not served defendant and why he did not appear for the conference. A hearing on the Order to Show Cause is scheduled for **April 27, 2009 at**

1

**4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Alternatively, if plaintiff does not wish to pursue this case, he may dismiss it and not respond the Order to Show Cause.

Dated: March 17, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JOHNSON v. SOOHOO\OSC.wpd

2