UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON, ) | |
| ) Plaintiff, ) | No. C08-5456 BZ |
| ) v. ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND SCHEDULING CONFERENCE** |
| ROBERT SOOHOO, et al., ) | |
| ) Defendant(s). ) | |

In light of plaintiff's written response to the Order to Show Cause, **IT IS HEREBY ORDERED** that the Order To Show Cause is **DISCHARGED** and the hearing scheduled for April 27, 2009 is **VACATED**.

**IT IS FURTHER ORDERED** that a case management conference is scheduled for **Monday, July 13, 2009 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case management statements are due seven (7) days prior to the case management conference.  Plaintiff shall serve defendants with this Order.

Dated:  April 15, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JOHNSON v. SOOHOO\ORDER DISCHARGING OSC.wpd

1