United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAREY L. JOHNSON,

    Plaintiff,

v.

ROBERT SOOHOO, et al.,

    Defendants.

                                     /

No. C 08-05456 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on August 14, 2009 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 6, 2009 and a reply brief shall be filed by no later than May 13, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 23, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CAREY L. JOHNSON,

        Plaintiff,

  v.

ROBERT SOOHOO, et al,

        Defendant.
                                        /

Case Number: CV08-05456 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carey L. Johnson
3150 Hilltop Mall Road
Richmond, CA 94806

Dated: April 23, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk