IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON, | |
| Plaintiff, | No. C 08-05456 JSW |
| v. | |
| ROBERT SOOHOO, et al., | **ORDER STAYING ACTION** |
| Defendants. | |

Plaintiff Carey L. Johnson ("Johnson") and Defendants request that this Court stay this matter pending the conclusion of related state criminal proceedings against Johnson pursuant to the *Younger* doctrine. In *Younger v. Harris*, 401 U.S. 37 (1971), the Supreme Court espoused a strong federal policy against federal-court interference with pending state judicial proceedings, absent extraordinary circumstances. *See H.C. v. Koppel,* 203 F.3d 610, 613 (9th Cir. 2000); *Middlesex County Ethics Committee v. Garden*, 457 U.S. 423, 431 (1982).  "The policy rests of notions of comity and respect for state functions." *Champion Int'l Corp. v. Brown*, 731 F.2d 1406, 1408 (9th Cir. 1984).  These considerations of comity and federalism dictate that "the *normal* thing to do when federal courts are asked to enjoin pending proceedings in state court is not to issue such injunctions." *Ohio Civil Rights Commission v. Dayton Christian Schools, Inc.*, 477 U.S. 619, 627 (1986) (quoting *Younger*, 401 U.S. at 45) (emphasis in original). "Abstention is required when: '(i) the state proceedings are ongoing; (ii) the proceedings implicate important state interests; and (iii) the state proceedings provide an adequate opportunity to raise federal questions.'" *Delta Dental Plan of California, Inc. v. Mendoza*, 139 F.3d 1289, 1294 (9th Cir. 1998) (internal citations and quotations omitted).

1    In light of the requests from both parties, the Court finds the requirements of the
2    Younger doctrine are satisfied here and that staying this matter pending the conclusion of the
3    state criminal proceedings against Johnson is warranted.  Therefore, the Court HEREBY
4    STAYS this action.  The Court STRIKES Defendants' motion to dismiss without prejudice to
5    refiling a motion to dismiss, if necessary, once the state criminal proceedings have concluded.
6    The Court FURTHER ORDERS the parties to submit status reports regarding the state court
7    proceedings every 120 days until the stay in this case is lifted.
8    **IT IS SO ORDERED.**

10   Dated: August 10, 2009

     JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br> ROBERT SOOHOO, et al,<br><br>    Defendant. | Case Number: CV08-05456 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carey L. Johnson
3150 Hilltop Mall Road
Richmond, CA 94806

Dated: August 10, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk