IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT SOOHOO, et al.,<br><br>　　　　Defendants. | No. C 08-05456 JSW<br><br>**ORDER REQUIRING STATUS REPORTS** |

On August 10, 2009, this Court stayed this action, and ordered the parties to submit status reports every 120 days until the stay is lifted. The last status report was submitted on January 5, 2010, in which Plaintiff stated that the criminal proceedings in state court had been concluded. Accordingly, it is HEREBY ORDERED that the parties shall submit a further status report by no later than January 14, 2011, advising the Court as to whether the stay in this case can be lifted and, if so, how they intend to proceed. If the stay will not be lifted, the parties shall submit status reports to the Court every 120 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: December 17, 2010

　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Johnson

         Plaintiff,

  v.

Soohoo, et al,

         Defendant.

Case Number: CV08-05456 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carey L. Johnson
3150 Hilltop Mall Road
Richmond, CA 94806

Dated: December 17, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk