IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT SOOHOO, ET AL.,<br><br>      Defendants.<br>_____/ | No. C 08-05456 JSW<br><br>**ORDER TO SHOW CAUSE** |

In a status report dated January 5, 2010, Plaintiff in the above-entitled action advised the Court that the state criminal proceedings against him were dismissed in November 2009 and that he awaited receipt of a dismissal order by the state court, after which he would proceed with this action. (Doc. no. 30.) By Order dated December 17, 2010, the Court ordered the parties to submit a further status report by no later than January 14, 2011, advising the Court as to whether the stay in this case can be lifted and, if so, how they intend to proceed. (Doc. no. 31.) Plaintiff failed to submit a timely status report, jointly or otherwise, in compliance with the Court's orders.

Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE in writing by February 18, 2011, why Plaintiff's claims should not be dismissed for failure to comply with the Court's orders and failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

//

//

//

1    If Plaintiff fails to file a written response to this order to show cause by **February 18, 2011**,
2 this action will be dismissed without prejudice.
3    **IT IS SO ORDERED.**

5 Dated: January 26, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

    Plaintiff,

  v.

SOOHOO, et al,

    Defendant.

Case Number: CV08-05456 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carey L. Johnson
3150 Hilltop Mall Road
Richmond, CA 94806

Dated: January 26, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk