Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Teresa L. Highsmith State Bar No. 155262
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, California 94501-4477
Telephone:    (510) 747-4750
Facsimile:    (510) 747-4767

Attorneys for Defendants
ROGER SOOHOO, sued erroneously as ROBERT SOOHOO, JOHN KAANAHE, JENNIFER BASHAM, RONALD JONES, KEVIN HIROKOSHI, JIM PITTS and THE CITY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>      Plaintiff,<br>vs.<br>ROBERT SOOHOO, et al.,<br><br>      Defendants. | Case No.: C08-05456 JSW<br><br>**APPLICATION FOR AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION** |

Plaintiff, in a status report dated January 5, 2010, advised the Court that the state criminal proceedings against him were dismissed in November 2009, that he was awaiting receipt of a dismissal order by the state court, and he would then proceed with this action. [Dkt. #30.]

This Court then ordered parties to submit a further status report by January 14, 2011 indicating how they intended to proceed. [Dkt. #31.]  Alameda defendants complied with this order, efiling their status report on January 14, 2011.  [Dkt. #32.]

The Court then issued an Order to Show Cause in writing by February 18, 2011 why plaintiff's claims should not be dismissed for failure to comply with the Court's order [Dkt. #31] and

for failure to prosecute, warning plaintiff that a failure to file a written response would cause his action to be dismissed without prejudice. [Dkt. #33.] Plaintiff failed to respond to the Court's OSC.

Alameda defendants therefore request that the Court dismiss this action without prejudice.

Dated: April 13, 2011                BERTRAND, FOX & ELLIOT


By: _____/s/_____
    Gregory M. Fox
    Attorneys for Defendants
    ROGER SOOHOO, JOHN KAANAHE,
    JENNIFER BASHAM, RONALD JONES, KEVIN
    KIROKOSHI, JIM PITTS
    and THE CITY OF ALAMEDA


**ORDER**

Good cause, appearing, IT IS SO ORDERED. The entire action is dismissed without prejudice.

Dated: April 14, 2011                 _____/s/ Jeffrey S. White_____
    UNITED STATES DISTRICT JUDGE
    JEFFREY S. WHITE